No. 671, Misc. WATERMAN v. SECRETARY OF THE AIR FORCE ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 672, Misc. BUZZIE v. CALIFORNIA. District Court of Appeal of California, Fourth Appellate District. Certiorari denied.

No. 676, Misc. HAMILTON v. BAKER, CIRCUIT COURT JUDGE. Circuit Court of Dearborn County, Indiana. Certiorari denied.

No. 677, Misc. CHARIZIO v. CUMMINGS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 679, Misc. ZAKOWICKI v. CONBOY, SUPERINTENDENT, GREAT MEADOWS CORRECTIONAL INSTITUTION. Court of Appeals of New York. Certiorari denied.

No. 681, Misc. SULLIVAN v. HEINZE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 684, Misc. HUDSON v. UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 685, Misc. DORIS v. MISSOURI. Supreme Court of Missouri. Certiorari denied.

No. 686, Misc. OWENS v. CUMMINGS, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 691, Misc. COOPER ET AL. v. DENNO, WARDEN. C. A. 2d Cir. Certiorari denied. *Nathan Kestnbaum* for petitioners. *Jacob K. Javits,* Attorney General of New

York, *Henry S. Manley*, Solicitor General, *Vincent A. Marsicano*, Assistant Attorney General, and *John J. O'Brien* for respondent.

No. 580, Misc. BOLLOTIN *v.* WORKMAN SERVICE CO. ET AL. District Court of Appeal of California, Second Appellate District. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this application.

No. 152, October Term, 1952. MONDAKOTA GAS CO. *v.* MONTANA-DAKOTA UTILITIES CO., 344 U. S. 827. The motion for leave to file petition for rehearing is denied. THE CHIEF JUSTICE and MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.

No. 459. LOPIPARO *v.* UNITED STATES, 348 U. S. 916. The motion for leave to file petition for rehearing is denied. MR. JUSTICE HARLAN took no part in the consideration or decision of this motion.

No. 646. BIANCHI ET AL. *v.* UNITED STATES, *ante,* p. 915;

No. 657. HENDERSON *v.* UNITED STATES, *ante,* p. 920;

No. 681. GUSICK *v.* ARIZONA, *ante,* p. 922;

No. 697. CALDWELL *v.* UNITED STATES, *ante,* p. 930;

No. 742. COMBS ET AL. *v.* ILLINOIS STATE TOLL HIGHWAY COMMISSION ET AL., *ante,* p. 942.

No. 538, Misc. FORSYTHE *v.* NEW JERSEY, *ante,* p. 927;

No. 565, Misc. GARROW *v.* CALIFORNIA, *ante,* p. 933; and

No. 566, Misc. DEFOE *v.* WEAVER BROS., INC., *ante,* p. 933. The petitions for rehearing in these cases are severally denied.